# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** MATTHEW D NORTON JR
4202 RED HAVEN ROAD
PIKESVILLE, MD 21208

Case No: 09-12873-DK
Judge: Duncan W. Keir
Date: 9/3/2009

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | US BANK NATIONAL ASSOCIATION / C/O OCWEN<br>P O BOX 785053 / ORLANDO, FL 32878-5053 | 9,266.34 | Secured |
| | Acct: ###########657) | | |
| | Comment: Arrears - Pay in Plan | | |
| 002 | NATIONAL AUTO FINANCE COMPANY / P O BOX 130156<br>ROSEVILLE, MN 55113-0002 | 5,708.84 | Secured |
| | Acct: #######################A | | |
| | Comment: Arrears - Pay in Plan | | |
| 003 | IC SYSTEM, INC. / C/O A THOMAS POKELA, ESQUIRE<br>P O BOX 2621 / SIOUX FALLS, SD 57101-2621 | 45.40 | Unsecured |
| | Acct: #########1-79 | | |
| | Comment: | | |
| 004 | HFC-USA / P O BOX 1547<br>CHESAPEAKE, VA 23320 | None | Not Filed<br>.00 |
| | Acct: 7690 | | |
| | Comment: Arrears - Pay in Plan | | |
| 005 | NCO FIN/99 (ORIGINAL CREDITOR / 06 N<br>PO BOX 41466 / PHILADELPHIA, PA 19101 | None | Not Filed<br>.00 |
| | Acct: 2616 | | |
| | Comment: | | |
| 006 | BALTIMORE COUNTY MD / C/O JOHN E BEVERUNGEN<br>400 WASHINGTON AVE 2ND FLR / TOWSON, MD 21204-0000 | 73.79<br>12.0000% From 02/23/2009 | Secured |
| | Acct: ########4456 | | |
| | Comment: Pay in Plan | | |
| 007 | PAHLS CROSSING COMM ASSOCIATION / C/O MICHAEL S NEALL<br>P O BOX 488 / ARNOLD, MD 21012 | 2,106.58<br>10.0000% From 02/23/2009 | Secured |
| | Acct: 0060 | | |
| | Comment: Pay in Plan | | |
| 008 | VERIZON MARYLAND INC / 500 TECHNOLOGY DR<br>SAINT CHARLES, MO 63304 | None | Not Filed<br>.00 |
| | Acct: 1287 | | |
| | Comment: | | |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** MATTHEW D NORTON JR
4202 RED HAVEN ROAD
PIKESVILLE, MD 21208

Case No: 09-12873-DK
Judge: Duncan W. Keir
Date: 9/3/2009

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 009 | B-REAL LLC / MS 550<br>P O BOX 91121 / SEATTLE, WA 98111-9221 | 102.82 | Unsecured |

Acct: #######################
Comment:

|  |  | Total | 17,303.77 |  |
|---|---|---|---|---|
| JEFFREY M SIRODY ESQ<br>1777 REISTERSTOWN ROAD #360<br>BALTIMORE, MD 21208-0000 |  |  | 3,500.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD 21284-0016

I hereby certify that on 09/03/2009 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee